IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Civil Case No. 1:12-cv-03316-MSK-GPG

BOBBIE D. CUNNINGHAM

    Plaintiff,

v.

BANK OF AMERICA

    Defendant.

---

**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR
TELEPHONICALLY AT SCHEDULING CONFERENCE**

---

Defendant, Bank of America, N.A.'s (**BANA**) request to appear telephonically at the scheduling conference set for March 12, 2013 at 4 p.m. is GRANTED. Defense Counsel shall call the Court conference line at 9702412187 five minutes prior to the scheduled start time for the hearing.

Dated: February 1, 2013

                                                Honorable Gordon P. Gallagher
                                                United States Magistrate Judge