IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03316-MSK-GPG

BOBBIE D. CUNNINGHAM,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on June 4, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #26**) to dismiss the Complaint for failure to state a cognizable claim, it is

ORDERED that the Recommendation of Magistrate Judge Gallagher (**Doc. #26**) is **ADOPTED**. Plaintiff's case is dismissed and the case is closed.

It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 6$^{6h}$ day June, 2013.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/Edward P. Butler
                                      Edward Butler, Deputy Clerk